**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Onelis Hernandez JOINT DEBTOR:____________ CASE NO.:____________
Last Four Digits of SS# 3959 Last Four Digits of SS# ____________

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ 623.72 for months 1 to 60; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3650 TOTAL PAID $ 1500 Balance Due $ 2150
payable $ 430 /month (Months 1 to 5)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None Arrearage on Petition Date $
Address:____________ Arrears Payment $______/month (Months ____ to ____)
____________ Regular Payment $______/month (Months ____ to ____)
Account No: ____________

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | ____ To ____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None Total Due $______
Payable $______/month (Months___ to ___) Regular Payment $______

Unsecured Creditors: Pay $ 131.35/month (Months 1 to 5) and Pay $ 561.35 /month (Months 6 to 60).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: None

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez, Esq.
Attorney for the Debtor
Date: 3-10-2017

____________
Joint Debtor
Date:____________